ACCEPTED
03-15-00328-cr
6722699
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/31/2015 12:23:26 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00328-CR

| | | |
|---|---|---|
| **DANIEL LORENZO WILSON** | § | **IN THE THIRD** |
| | § | |
| **v.** | § | **COURT OF APPEALS** |
| | § | |
| **THE STATE OF TEXAS** | § | **AUSTIN, TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/31/2015 12:23:26 PM
JEFFREY D. KYLE
Clerk

## APPELLANT'S MOTION
## FOR LEAVE TO AMEND BRIEF

Appellant Daniel Wilson asks this Court to permit him to amend the Appellant's Brief previously filed in this cause.

## A. INTRODUCTION

1. Appellant is Daniel Lorenzo Wilson; appellee is the State of Texas.

2. The Appellant's Brief was filed August 24, 2015.

3. On page 23 of the brief, Appellant inadvertently identified "State's Exhibits 4, 7, 8 and 15-18" as the exhibits that he was challenging on appeal. However, every other reference to the challenged exhibits makes clear that the appellate complaint challenges the admission of State's Exhibits 9, 13, 14, 25, 31, 34 and 35. *See* Appellant's Brief at 24-25.

## B. ARGUMENT & AUTHORITIES

4. "A brief may be amended or supplemented whenever justice requires, on whatever reasonable terms the court may prescribe." TEX. R. APP. P. 38.7.

5. Appellant requests leave to amend the Appellant's Brief by correcting the exhibit numbers referenced on page 23 of the brief to correspond to the seven exhibits plainly challenged on the subsequent two pages of the brief.

6. Appellant is furnishing an amended brief contemporaneously with this Motion.

**Motion to Amend Brief**                                                                 **Page 1**

## C. PRAYER

7. For these reasons, Appellant Daniel Lorenzo Wilson asks the Court to grant this motion and permit him to amend his brief as requested.

Respectfully submitted,


__/s/ Alan Bennett__
E. Alan Bennett
Counsel for Appellant
SBOT #02140700

Sheehy, Lovelace & Mayfield, P.C.
510 N. Valley Mills Dr., Ste. 500
Waco, TX  76710
Telephone: (254) 772-8022
Fax:          (254) 772-9297
Email:       abennett@slmpc.com


## Certificate of Service

The undersigned hereby certifies that a true and correct copy of this document has been served on August 31, 2015 to counsel for the State, Bob Odom, bob.odom@co.bell.tx.us, by e-service.


__/s/ Alan Bennett__
E. Alan Bennett